1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:   (415) 352-2222
   tnarita@wsnlaw.com
5  jtopor@wsnlaw.com

6
   Attorneys for Defendant
7  Arrow Financial Services, LLC

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO  DIVISION

12  HERBERT H. HAPIN,                ) CASE NO.: C 06-0637-MJJ
                                     )
13         Plaintiff,                )
                                     )
14         vs.                       ) **ADMINISTRATIVE REQUEST AND**
                                     ) **[PROPOSED] ORDER**
15  ARROW FINANCIAL                  ) **VACATING CASE MANAGEMENT**
    SERVICES, L.L.C.                 ) **CONFERENCE PENDING RULING**
16                                   ) **ON MOTION TO DISMISS**
                                     )
17         Defendant.                )
                                     )
18  _____ )

19

20

21

22

23

24

25

26

27

28

HAPIN V. ARROW FINANCIAL SERVICES, L.L.C. (CASE NO. C 06-0637-MJJ).
ADMINISTRATIVE REQUEST RE VACATING CASE MANAGEMENT CONFERENCE

1       WHEREAS, Defendant has filed a Motion to Dismiss which is presently set

2 for a hearing before this Court on April 18, 2006, and

3       WHEREAS, the deadline to meet and confer regarding the ADR process is

4 scheduled for April 11, 2006, and

5       WHEREAS, the last day to exchange initial disclosures, file a Rule 26(f)

6 report and file a Case Management Conference Statement is April 25, 2006, and

7       WHEREAS, the Initial Case Management Conference in this matter is

8 scheduled for May 2, 2006, and

9       WHEREAS, because the case is not at issue, the defendant does not believe

10 that it will be fruitful to meet and confer regarding the ADR process, prepare

11 initial disclosures, a Rule 26(f) report or a Joint Case Management Conference

12 Statement until this Court has ruled on the defendant's pending Motion to

13 Dismiss, and

14       WHEREAS, defendant has requested that plaintiff stipulate to a request that

15 the Court should vacate the current Case Management Conference and the related

16 deadlines, but plaintiff has refused to agree.

17       The defendant therefore respectfully requests, pursuant to Local Rule 7-11,

18 that the Court enter the Order submitted herewith, vacating the Case Management

19 Conference and related dates.

20

21 DATED: April 6, 2006       WINEBERG, SIMMONDS & NARITA, LLP
                                TOMIO B. NARITA

22                                 JEFFREY A. TOPOR

23

24

                          By:       /Tomio B. Narita/

25                                   Tomio B. Narita

26                           Attorneys for Defendant

27

28

1    The Court, having reviewed the Administrative Request of the defendant,

2  and good cause appearing, hereby ORDERS as follows:

3    1.    The Case Management Conference scheduled for April 25, 2006 in

4          this matter is hereby VACATED.  The deadlines contained in the

5          Initial Scheduling Order for the parties to meet and confer regarding

6          ADR selection, initial disclosures, preparation and filing of Rule

7          26(f)  reports, and their Joint Case Management Statements are

8          hereby VACATED.

9    2.    ~~These dates will be rescheduled after the Court has ruled on the~~

10          ~~Defendant's pending Motion to Dismiss.~~

          The Case Management Conference is rescheduled for May 16, 2006 at 2:00 p.

11         m.  The Joint Case Management Statement is due 5/8/2006.

12  SO ORDERED.

13

14  DATED:   4/12/2006                    , 2006

15

16

17         By: _____

18              The Honorable Martin J. Jenkins
               United States District Judge

19

20

21

22

23

24

25

26

27

28