E-filing

1  THE BERG LAW GROUP
   IRVING L. BERG (SBN 36273)
2  433 Town Center, PMB 943
   Corte Madera, CA 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4
5  Attorney for Plaintiff

FILED

MAY 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT H. HAPIN, individually and on behalf of others similarly situated,

   Plaintiff,

v.

ARROW FINANCIAL SERVICES, L.L.C,

   Defendants.
_____/

Case No.: C- 06  0637 MJJ

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, defendants have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order.

DATED: April 26, 2006

By: /s/
IRVING L. BERG
Attorney for Plaintiff

IT IS SO ORDERED

NOTICE OF DISMISSAL WITHOUT PREJUDICE

[signature]
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
5/3/2006
DATE